**No. 45247.**—Protests 967240–G, etc., of Gimbel Bros., Inc., et al. (Philadelphia, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 23, 1941

**No. 45248.**—Petition 6023–R of Frank P. Dow Co., Inc. (Los Angeles).

Opinion by Tilson, J.   It was found that while perhaps the importer was not quite as diligent as he might have been in communicating certain information to his broker there was no intention to defraud the revenue or to conceal or misrepresent the facts.   The petition was therefore granted.

**No. 45249.**—Protest 43592–K of Premier Peat Moss Corp. (New York.)

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45250.**—Protests 43757–K, etc., of Ernst Bremermann & Co. et al. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45251.**—Protest 45912–K of F. H. Von Damm (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45252.**—Protests 16706–K, etc., of Half Moon Mfg. & Trading Co. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45253.**—Protest 17323–K of Eastern Grocery Co. (Los Angeles).

Opinion by EVANS, J.   It was stipulated that certain lotus nuts and lily bulbs are similar to the merchandise passed upon in *Oy Wo Tong Co.* v. *United States*